

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00545-CR

George Rene **VIDAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CR-9523
Honorable Maria Teresa Herr, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the appellant's motion to dismiss the appeal is GRANTED, and this appeal is DISMISSED. The clerk of the court is instructed to issue the mandate immediately. TEX. R. APP. P. 18.1(c).

SIGNED January 14, 2015.

_____
Rebeca C. Martinez, Justice